IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-CV-002445-DBS

JOHN G. WESTINE,
        *pro se*,

    Plaintiff,

vs.

W.A. PERRILL, Warden,

    Defendant.

_____

MINUTE ORDER
_____

BY ORDER OF SENIOR JUDGE DANIEL B. SPARR

    Plaintiff's "Motion to Reopen via Federal Rule of Civil Procedure 60(b) for the Sole Purpose to Obtain Vacatur of a Judgment that is Void for Lack of Subject Matter Jurisdiction," filed September 1, 2005 is Denied.

DATED: October 28, 2005

_____